Argued February 16, affirmed February 16; petition for rehearing·
denied March 23, petition for review denied April 27, 1971

## STATE OF OREGON, *Respondent, v.*
## ROBERT STERLING, *Appellant.*

480 P2d 721

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Lee Johnson,* Attorney General, and Jacob B. Tanzer, Solicitor General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

MEMORANDUM DECISION.

This appeal presented no unusual or difficult questions. Having previously studied the briefs, immediately upon conclusion of argument, and after briefly stating to counsel our reasons, we ruled from the bench. Setting forth those reasons in a detailed opinion would add nothing of value to the existing body of judicial precedent. Our ruling was:

Affirmed.